[Dkt. Nos. 9, 21]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |
|---|---|
| STEPHEN S. EDWARDS,<br><br>        Plaintiff,<br><br>   v.<br><br>PHH MORTGAGE CORPORATION, et al.,<br><br>        Defendants. | Civil No. 17-7807(RMB/KMW)<br><br>**ORDER** |

This matter comes before the Court upon the filing of a motion, [Dkt. No. 9], by Defendant PHH Mortgage Corporation ("Defendant" or "PHH") seeking (1) the dismissal of Plaintiff Stephen S. Edwards' ("Plaintiff") Complaint in its entirety pursuant to Fed. R. Civ. P. 8 and 12(b)(6) or (2) the transfer of this matter to the United States District Court for the District of Arizona pursuant to 28 U.S.C. § 1404(a), and the filing of a "Motion to Quash Notice of Motion to Dismiss Complaint for Federal Violations of Law," [See Dkt. No. 21], by Plaintiff Stephen Edwards, and upon consideration of the parties' written submissions and for the reasons stated in the accompanying Opinion issued on this date,

    IT IS HEREBY on this **6th** day of **June 2018**;

**ORDERED** that Defendant's motion to dismiss, [Dkt. No. 9], is GRANTED, and that all of Plaintiff's claims are DISMISSED, without prejudice. Plaintiff may amend his Complaint within thirty (30) days. If Plaintiff fails to amend his Complaint within the time provided by the Court, his Complaint will be dismissed, with prejudice, and this matter will be terminated; and it is further

**ORDERED** that Plaintiff's motion to quash, [Dkt. No. 21], is DENIED.

                              s/ Renee Marie Bumb
                              RENÉE MARIE BUMB
                              United States District Judge