Stephen S. Edwards, VICTIM
16030 S. 36th Street
Phoenix, AZ 85048
(602) 757-2110
StevoNAz@aol.com



U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 AUG -3  P 12: 52

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

# CAMDEN VICINAGE

| STEPHEN S. EDWARDS, | CASE NO. 1:17-cv-07807-RWB |
|---|---|
| Plaintiff, | Judge Renee Bumb |
| v. | EMERGENT Telephonic Hearing Requested Expedited Ruling |
| PHH MORTGAGE CORPORATION;  Experian Information Solutions, Equifax Information Services, et al. DOES 1 through 20, inclusive; | **Plaintiff is Handicapped** |
| Defendants. | |

**PLAINTIFF's Objection to Dismiss EXPERIAN AND EQUIFAX, and MOTION FOR SANCTIONS IN THE AMOUNT of $50,000.00 each, FOR FILING A FRVILOUS MOTION TO DISTRACT THE COURT (Both were properly served on June 22, 2018) AND OR MOTION TO COMPEL BOTH DEFENDANT'S EXPERIAN AND EQUIFAX et Al. TO COMPLY WITH A PROPERLY SERVED FEDERAL COURT SUBPOENA FOR RECORDS OF EXHIBITS IN THIS CASE DATED FROM OCTOBER 2016 AND FEBUARY 2017 OR IN THE ALTERNATIVE GRANT RULE 12(c) FOR JUDGMENT ON THESE PLEADINGS IN FAVOR OF EDWARDS AS NO DEFENSES WERE PROVIDED.**

SANCTION Experian

NOW COMES Victim and Plaintiff Stephen S. Edwards, ADA Certified (HANDICAPPED) from a drunken driver in 2015 submits his Objection to Dismiss Experian Information Solutions (Experian) and Equifax Information Services Inc (Equifax), as their request is slanderous, frivolous and not based on fact or law. Further you cannot request a Rule 12(b) dismissal when you lie to the court as such any further motions or request from Experian and Equifax should be moot and stricken from the records.

RULE 12(c) provides: A Rule 12(c) motion is "`functionally identical'" to a Rule 12(b)(6) motion to dismiss for failure to state a claim, and therefore the same legal standard applies. See Cafasso v. General Dynamics C4 Sys., Inc., 637 F.3d 1047, 1055 n. 4 (9th Cir. 2011).The Ninth Circuit Court of Appeals has held that, "A judgment on the pleadings is a decision on the merits and we review it de novo." General Conference Corp. of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church, 887 F.2d 228, 230 (9th Cir.1989), cert. denied, 493 U.S. 1079 (1990). See also Harris v. Cnty. of Orange 682 F. 3d 1126, 1131, (9th Cir. 2012)A motion for judgment on the pleadings is proper "when the moving party clearly establishes on the face of the pleadings that no material issue of fact remains to be resolved and that it is entitled to judgment as a matter of law." Hal Roach Studios, Inc. v. Richard Feiner & Co., 896 F.2d 1542, 1550 (9th Cir.1990). "A judgment on the pleadings is properly granted when, taking all the allegations in the pleadings as true, a party is entitled to judgment as a matter of law." Lyon v. Chase Bank USA, N.A., 656 F.3d 877, 883 (9th Cir. 2011). (citations and quotations omitted.)

**DISCUSSION OF NO DEFENSES :** EXPERIAN AND EQUIFAX Both Lied and misrepresented the facts to this court Therefore they are disqualified to participate any further in these proceedings. The Evidence Clearly shows that Experian and Equifax were both properly

served on June 22, 2018 an amended complaint and a subpoena both were late on their filings to the court. Both have now lied about their roles in these matters Experian and Equifax both have violated all allegations contained in the amended complaint both defendants are ripe for Judgment against them each for $100,000.00 and $50,000.00 in Sanctions for their lies and fraud upon this court. Both are guilty and have absolutely no defense for the false reporting's on my public trade line. Judgment is ripe for signature as there remains no issues of material facts that remain unless the court wishes to further sanction these culprits for professional violations of ethics and standards. Edwards should be granted a Judgment based on these pleadings as there is absolutely no defenses provided by any defendant in fact they have defied a subpoena.

Experian and Equifax collectively were properly served a subpoena and The Amended Complaint on June 22, 2018. (See Exhibits) Both Experian and Equifax have now lied to this court both defendants' have now committed ethics violations! Experian and Equifax have committed Fraud upon this court and should be sanctioned respectfully $50,000.00 each for misleading this court for failing to abide by the oath of office expected of a licensed attorney sanctioned by the State of New Jersey. Both Experian and Equifax should face a jury or judgment on the pleadings in the amount of $100,000.00 each for their failure to present any defenses. Experian and Equifax both have failed to answer to Edwards subpoena. PHH attorney Laura Sixkiller (Sixkiller) has recently implicated both Experian and Equifax blaming both for the public reporting discrepancies. Further both Experian and Equifax claim they were not served an amended complaint or subpoena that is not true both claims are lies to this court (affidavit of service). Common sense says they have been served by their own admission. PHH lawyer Sixkiller is claiming that Experian and Equifax is to blame for the false and misleading pubic reports affecting Edwards trade line (credit report fico score). Edwards is a successful businessman whereas his trade line

SANCTION Experian

must reflect the truth, it does not. It is common for collectors to embellish the truth thinking people will pay to get their credit fixed. That's not the case here. Edwards has the full amount to pay PHH since 2014 and it was PHH decisions through their lawyer Laura Sixkiller to not take the Money. PHH refused Full pay from November 2014 to May 2015. It took 5 months to get my first payoff letter grossly inaccurate by over $100,000.00 This is not a clerical error folks this is fraud by PHH (See 1:-18-cv-00009) PHH has now admitted to their fraud so anything anybody states to this court cannot be trusted and all statements made this court must check the veracity of those statements as PHH has told many lies. Experian and Equifax is welcome to hear the words of wisdom from Ms Sixkiller who stated clearly to Edwards that it was not PHH at fault. Sixkiller blames Experian and Equifax: Both defendants claims they were not properly served is False! I like what the Federal Judge stated in the Paul Manafort criminal case "This is Not MIDDLE SCHOOL" This is Rookie Law 101 to have Experian and Equifax try to avoid service. This misstatement alone qualifies both defendants for trial.

**PROPER SERVICE PROVIDED on JUNE 22, 2018** : Amended Complaint/ & Subpoena See attached as exhibits Proof of service from an officer of the court both defendants were served on June 22, 2018. Experian and Equifax abhorrent Conduct is blatantly egregious and they must be stopped and sanctioned for their continued violation of the FCRA.

**"Judges won't Rule because you're a Pro Per" James Noblett DL Piper** James Noblett Lawyer for PHH advised Edwards on June 20th 2018 that the judges will not rule in

SANCTION Experian

my favor because I am not an attorney and the Judge won't embarrass the lawyer she just won't do it". I totally agree with Mr Noblett. However now that there is a consent Judgment by PHH dated May 2018 verifying all of Edwards allegations against PHH for the last five years. 2013-2018. Our Federal Court judges have no excuse for denying Edwards. Clearly lawyers for Experian and Equifax are attempting to pull the wool over the eyes of Judge Bumb. Let Experian and Equifax begin with complying with a court subpoena and deliver the evidence directly to this court.

### FACTUAL BACKGROUND 2014 Schwab and Edwards Terminated PHH

PHH has a history of Gross Misconduct that this court cannot ignore. Experian and Equifax has decided to jump on the band wagon and test the courts against Edwards once against seeking a judicial gifts. There is no room for that thinking. I believe the defendants Experian and Equifax are disrespecting this Judge. Now these two lawyers Ms Dorothy Kowal for Experian and Jonathan Klein for Equifax both have refused to comply with the subpoena served upon them to produce the credit reports for October 2016 and February 2017. Edwards has been vindicated by PHH's own admissions of guilt. We now know Laura Sixkiller was charged with lying on her pleadings to The Arizona Court of Appeals and had to leave her previous law firm Greenberg and Taurig and cannot return. Sixkiller has not denied these allegations. Sixkiller cannot deny these allegations of her previous history of misconduct. Experian and Equifax wants to continue to follow in the footsteps of Sixkiller i.e. the fraudsters (PHH) then let them do so in a form of a judgment against them each for $100,000.00 each that's cheap in today's money! Hopefully it will be a deterrent

SANCTION Experian

to their gross misconduct. Experian and Equifax have both proven their guilt beyond a reasonable doubt! They have an electronic footprint to determine who placed the order regarding Edwards trade line and they have lied about that. PHH reported the loan in question as Paid in Full as of October 2016. Nobody has refuted those facts. Nobody can refute that Public Trade Line reported ***Paid in Full*** by Both Experian and Equifax. Both exhibits in full have been provided to these defendants' previously. It was Experian and Equifax that provided these reports to Edwards in October 2016, and again in February 2017. These files are stored like e-mails are stored. Edwards must be guaranteed that the status of his trade line must not be violated in the future. So this court must make a statement that Fraud is not acceptable in our US Courthouses.

### PHH Lawyer Laura Sixkiller (Phx) DL Piper Implicates Experian and Equifax for the false reporting's to the credit bureaus!

This Court cannot trust and should always question the veracity of the statements made by these culprits Experian, Equifax. *Both defendants were provided an opportunity to remove this frivolous motion. (See Emails string of emails dated from June to August 2nd, 2018). Hence evidence is clearly displayed that Experian and Equifax does not have any defenses or they would have brought forward such defenses.*

Lastly Experian and Equifax both have lied about the evidence therefore they are disqualified from any further litigation and judgments should be granted against both.

SANCTION Experian

WHEREFORE: Edwards is entitled to:

JUDGEMENT ON THESE PLEADINGS AGAINST EACH EXPERIAN AND EQUFAX in The Amount of $150,000.00 Each for their egregious conduct and providing no defenses to the allegations contained in the Amended Complaint and for failing to comply with a subpoena to produce evidence. Further A Court Order

1.  Order to Deny Experian and Equifax as defendants on this matter.

2.  Order that Experian and Equifax flag Edwards trade line for all future negative reporting's and to have direct contact for the next 3 years for corrective action prior to any court action.

3.  For Judgments Against: Experian and Equifax in the Amount of $100,000.00 based on these pleadings for providing no defense to the allegations contained in the amended Complaint, lying to this court and their failure to comply with a subpoena.

4.  For Judgments Against: Experian and Equifax Each In The Amount of $50,000.00 for their fabrications to this court.

RESPECTFULLY Submitted:

August 3, 2018

Stephen S. Edwards
_____
Stephen S. Edwards
Plaintiff

SANCTION Experian

**CERTIFICATE OF SERVICE**

[X]     I hereby certify that, I am employed in the County of Maricopa, State of Arizona.  I am over the age of 18; my address is 16030 S. 36th Phoenix, AZ 85048

[X]     I hereby certify that on August 3, 2018  I will serve the attached

Document by to all defendants by US MAIL: Dl Piper
Laura Sixkiller, Esq.
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

E-mail to:
Dorothy Kowal Esq. (Experian)
Price, Mees, Shulman, & D'amintio
50 Tice Blvd Woodcliff, NJ 07677
#201-391-3737

Jonathon Klein, Esq (Equifax)
2005 Market St. #1000 Philadelphia, PA 19103
#215-640-8500

Dated: August 3, 2018

By /s/ Stephen S. Edwards
Stephen S. Edwards
Plaintiff

**EXHIBITS**

1.  Affidavit of Service dated Jun 22, 2018 Subpoena Experian and Equifax
2.  Affidavits of Amended Complaint that was served on June 22nd 2018.
3.  E-Mails Dated August 2nd to remove this frivolous motion from the docket.

SANCTION Experian

# AFFIDAVIT OF SERVICE
Pursuant to PA R.C.P. 400.1

| | |
|---|---|
| **STEPHEN S. EDWARDS** | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY** |
| **v.** | |
| **EXPERIAN INFORMATION SOLUTIONS** | **NO. 17-CV-7807-(RMB/KMW)** |

I, **ANISE ABDELMOHSEN** being duly sworn according to law depose and say that I am
NAME OF PROCESS SERVER
a competent adult not a party to the above referenced matter, and that on **JUNE 22, 2018** at **2:40PM**
I personally was able to serve a true and correct attested copy of

## SUBPOENA and AMENDED COMPLAINT
on
## EXPERIAN INFORMATION SOLUTIONS, EXPERIAN MARKETING SOLUTIONS
at the following address:
## C/O THE CORPORATION TRUST COMPANY
## 820 BEAR TAVERN ROAD, WEST TRENTON, NJ 08628
ADDRESS WHERE DEFENDANT SERVED

## KELSEA HOLTON-Office Manager
NAME OF PERSON SERVED

I understand that false statements herein are made subject to the penalties set forth in 18 Pa.C.S. § 4904 relating to unsworn
falsifications to authorities.

Server _____
SIGNATURE OF PROCESS SERVER

Sworn to and subscribed before me
this 26th day of July , 20 18

_____
NOTARY

11154741-A

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
CATHERINE A. HARRIGAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 24, 2019

# AFFIDAVIT OF SERVICE

Pursuant to PA R.C.P. 400.1

---

| | |
|---|---|
| **STEPHEN S. EDWARDS** | **UNITED STATES DISTRICT COURT** |
| | **DISTRICT OF NEW JERSEY** |
| **V.** | |
| | **NO. 17-CV-7807-(RMB/KMW)** |
| **EXPERIAN INFORMATION SOLUTIONS** | |

---

I, **ANISE ABDELMOHSEN** being duly sworn according to law depose and say that I am
NAME OF PROCESS SERVER
a competent adult not a party to the above referenced matter, and that on **JUNE 22, 2018** at **3:00PM**
I personally was able to serve a true and correct attested copy of

**SUBPOENA and AMENDED COMPLAINT**

on

**EQUIFAX CREDIT INFORMATION SERVICES, INC.**

at the following address:

**C/O THE CORPORATION SERVICE COMPANY**
**PRINCTON SOUTH CORPORATE CENTER, SUITE 160**
**100 CHARLES EWING BOULEVARD, EWING, NJ 08628**
ADDRESS WHERE DEFENDANT SERVED

**DOREEN HAESELIN-Office Manager**
NAME OF PERSON SERVED

I understand that false statements herein are made subject to the penalties set forth in 18 Pa.C.S. § 4904 relating to unsworn falsifications to authorities.

Server _____
SIGNATURE OF PROCESS SERVER

Sworn to and subscribed before me
this 26th day of July , 20 18

_____
NOTARY

11154741-B

**COMMONWEALTH OF PENNSYLVANIA**

NOTARIAL SEAL
CATHERINE A. HARRIGAN, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 24, 2019

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  17-CV-7807-(RMB/KMW)

## PROOF OF SERVICE

### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*  Experian Information Solutions
on *(date)*   6/22/18  .  Experian Marketing Solutions

☑ I served the subpoena by delivering a copy to the named person as follows:  Kelsea Hotton, Office Mgr.
at 820 Bear Tavern Road, West Trenton, NJ 08628

on *(date)*  6-22-18  2:40pm  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ \_\_\_\_ for travel and $ \_\_\_\_ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/22/18

*Server's signature*

Anise Abdelmohsen- Civil Process Server
*Printed name and title*

770 South 13th Street Phila, PA 19147
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 17-CV-7807-(RMB/KMW)

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Equifax Credit Information Svcs. Inc.
on *(date)* 6/22/18 .

☑ I served the subpoena by delivering a copy to the named person as follows: Doreen Haeselin, Office Mgr.
Princeton South Corporate Center, Suite 160, 100 Charles Ewing Blvd.
Ewing, NJ 08628                                    on *(date)* 6-22-18 3:00pm ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: __6/22/18__                    _____
                                                        *Server's signature*

                              Anise Abdelmohsen - Civil Process Server
                                                        *Printed name and title*

                              770 South 13th Street Phila. PA 19147
                                                        *Server's address*

Additional information regarding attempted service, etc.:

# EQUIFAX

## CREDIT FILE : October 3, 2016

## Confirmation # 6277044498

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | Stephen Sirhan Edwards |
| Social Security #: | 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    Date of Birth: August 31, 1964 |
| Current Address: | 16030 S 36th St, Phoenix, AZ  85048  (480) 759-0334  Reported: 10/2016 |
| Previous Address(es): | 3221 S Kachina Dr, Tempe, AZ 85282  Reported: 10/2016 |
| | 1765 N Lemon N, Mesa, AZ  85205  Reported: 09/2016 |

Last Reported Employment:    Super Limo Com;

Previous Employment(s):    Edward Entertainment;

**ALERT(s):  Extended Fraud Alert**

**File Blocked For Promotional Purposes**

Contact Information: Expiration Date: 01/20/2019 ; Date Reported: 10/20/2015 ;

**Please address all future correspondence to:**

 www.investigate.equifax.com

 Equifax Information Services LLC
Www. Equifax. Com/fcra
Atlanta GA 30348

 (800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

**Consumer Statement**   *(Credit grantors may view this statement when evaluating your credit) (This section allows the consumer a personal statement regarding their credit file.)*

Date Recorded: 10/2012

The Statement/Alert Shown Below Expires On: 10/2022

COSUMER CLAIMS ON THE AMERICAN EXPRESS ACCOUNT HE HAS WITHHELD PAYMENT PURPOSELY SINCE 2009 UNTIL DISPUTE IS RESOLVED CONSUMER STATES AMEX OWES HIM
MONEY

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by \*) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of 1st Delinquency - The Date of First Delinquency |
| Terms Frequency - The Scheduled Time Between Payments | Date of Last Actvty - The Date of the Last Account Activity |
| Months Reviewed - The Number of Months Reviewed | Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported |
| Activity Designator - The Most Recent Account Activity | Charge Off Amt - The Amount Charged Off by Creditor |
| Creditor Class - The Type of Company Reporting The Account | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Date Reported - Date of Last Reported Update | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Status - Condition of Account When Last Updated by Creditor or Otherwise | Date Closed - The Date the Account was Closed |

| **Account History Status Code Descriptions** | | | |
|---|---|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| 4 : 120-149 Days Past Due | H : Foreclosure | |

( Continued On Next Page )

6277044498X67-002363375-   1-   1 - S

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/16 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |
| 02/16 | No Data Available | | | | | | | | |
| 01/16 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |
| 12/15 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |
| 11/15 | No Data Available | | | | | | | | |
| 10/15 | $0 | | | | $0 | $14,250 | | Flexible Spending Credit Card | |

**Mortgage Service Center - PHH**    3000 Leadenhall Rd Attn : SV09 Mount Laurel NJ 08054-4606 : (877) 688-7118

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 954711454* | 01/01/2010 | $85,000 | | | Monthly | 9 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2016 | $0 | | 01/2011 | $449 | $1,660 | | 09/2010 | | | | | | 07/2012 |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Conventional Re Mortgage; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Conventional Mortgage;

**US Bank**    PO Box 108 C B Disputes Saint Louis MO 63166-0108 : (866) 234-4750

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 414778857543* | 04/01/2015 | $25,443 | $24,200 | | Monthly | 14 | Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2016 | $24,367 | $1,537 | 05/2016 | | $550 | 06/2016 | | | | | | | 08/2016 |

Status - 90 - 119 Days Past Due; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; ;

| Account History with Status Codes | 07/2016 | 06/2016 |
|---|---|---|
| | 2 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/16 | No Data Available | | | | | | | | |
| 08/16 | No Data Available | | | | | | | | |

( Continued On Next Page )                   6277044498X67-002363375-    1-    1 - S