Stephen S. Edwards, VICTIM
16030 S. 36th Street
Phoenix, AZ 85048
(602) 757-2110
StevoNAz@aol.com

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

# CAMDEN VICINAGE

| | |
|---|---|
| STEPHEN S. EDWARDS, | CASE NO. 1:17-cv-07807-RWB |
| Plaintiff, | Judge Renee Bumb |
| v. | EMERGENT Telephonic Hearing Requested Expedited Ruling |
| PHH MORTGAGE CORPORATION; Experian Information Solutions, Equifax Information Services, et al. DOES 1 through 20, inclusive; | **Plaintiff is Handicapped** |
| Defendants. | |

**PLAINTIFF's Objection to Dismiss PHH MORTGAGE and MOTION FOR SANCTIONS Against Laura Sixkiller and Lawyer James Noblett IN THE AMOUNT of $100,000.00 each, FOR THEIR FRAUD UPON THIS COURT FURTHER TO GRANT in FAVOR OF EDWARDS RULE 12(c) FOR JUDGMENT ON THESE PLEADINGS AFAINST PHH for $808,000.00 AN INJUNCTION TO PROHIBIT ANY FORECLOSURE BY PHH IN FAVOR OF EDWARDS AS NO DEFENSES CAN BE PROVIDED BY PHH FOR FAILING AND IGNORING TO ABIDE BY A CONSENT JUDGMENT Dated May 2018. July 23 response Doc 43**

SANCTION Experian

NOW COMES Victim and Plaintiff Stephen S. Edwards, ADA Certified (HANDICAPPED) submits his Objection to Dismiss PHH Mortgage (PHH) as their request is slanderous, frivolous and not based on fact or law. Further you cannot request a Rule 12(b) dismissal when you lie to the court as such any further motions or request from PHH should be moot and stricken from the records. This court has full authority to Rule in favor of Edwards Rule Sanction these scurrilous lawyers for their lies to this court in the amount of $100,000.00 each as a deterrent. And lastly to provide the Injunction requested by Edwards prior to discovering this Consent Judgment to prohibit PHH from any Foreclosure action as it was a Never Foreclosure situation to begin with. Noblett was advised on July 27th 2018 that he is trying to make this Court Judge Bumb Look Stupid. Noblett apparently agreed and submitted what looks to be an addendum to his July 23 motion with a New Motion to clarify his position. I will respond to that new document dated July 27th Document 45 that is not due until Friday August 10. Noblett states in that motion that the court should transfer this case to Arizona. I believe the District of DC would be appropriate, further it is a clear admission that PHH knows this case should not be dismissed by any means. PHH days of fraud against Edwards is over.

EDWARDS has been totally vindicated as PHH and all their pleadings in this matter should now be stricken from the record as NONE of it was true. It was good that the court provided Edwards to amend his complaint allowing EDWARDS time to discover this consent judgment that was just signed in May 2018. Ihave provided the entire document for the courts review. Noblett only wants you to see 1 paragraph. In this Consent Judgment it

SANCTION Experian

lays out how PHH is to conduct business in the Future. I canot point just 1 or 2 points because there are over 25 different steps that PHH must do in order to foreclose and None of those 20 steps was conducted. Sixkiller purposely tried to hide this from the court as she and general counsel fro PHH knew about this consent judgment and totally ignored that it existed. The arrogance should compel this court to sanction PHH with a judgment in the amount of $808,000.00 the economic loss to Edwards or order that PHH reveres the invalid foreclosure and return any monies to that 3rd party. The Audacity for Sixkiller to hide this consent judgment. No they do not have to proclaim it but they must abide by it which PHH and Sixkiller failed to do. This court should have an interest of who was behind this surpression of evidence and act accordingly with a judgment against PHH and Sixkiller for their fraud upon this court. An Invalid foreclosure occurred and must be reversed. Noblett stated on page 10 of his motion that the crime (foreclosure) is over so just let it be! Wrong! The court should demonstrate that attitude needs to be trashed and perjury by Noblett is sanctionable and should not to be tolerated. This court should stop listening to the licensed lawyers because they are mocking The United States Courts. Noblete states that there is no sanction-able actions. That is False and misleading. Noblett and Sixkiller lied to this court.

Edwards beforehand was claiming that PHH had no right to foreclose even without this consent judgment, However the Consent Judgment makes it clear and unequivocal that PHH cannot foreclose on Edwards under any circumstances. PHH did not follow the consent judgment and they failed to advise this court as such which should be considered perjury. Edwards is a successful businessperson and should not have to defend fraud. The

SANCTION Experian

courts should have stepped in a long time ago. (See 2:13-cv-00735-PHX-ROS, Edwards V Schwab/PHH 2:14-CV-00066-PHX-ROS, Edwards V PHH/Magnus 2:15-cv-00919-Phx-ROS, Edwards V. PHH et al., 2:16-cv-01842-JJT, , and Edwards V PHH et al, 2:15-cv-02640-JJT Edwards is now vindicated as PHH has Admitted to everything Edwards has been alleging since 2013. Sixkiller who has taken her frivolous ways on the road has convinced Noblett to break with tradition of telling the truth. Noblett will now have to face ethics violations as a new complaint will be filed soon. Sixkiller the Phoenix Lawyer is a repeat offender has been admonished by The Arizona Bar previously as an offender of lying to the courts. Sixkiller had to depart Greenberg and Taurig for misconduct violations and cannot return. DL Piper took Ms Sixkiller because she invested money to be a partner.

Sixkiller stated that the judges won't rule in my favor because I am not counsel. This theory has allowed Sixkiller to commit perjury or fraud upon the court over and over again and this should now stop? Noblett has learned to lie like Laura SIxkiller. Noblette figures he can lie (see Page 10 of his motion where he states "Edwards has shown no evidence" That is a Brain dead statement from Noblett and an insult to this courthouse. Noblett is now guilty of misconduct with these fabrications therefore he should pay the price to lie in the amount of $100,000.00.

**PHOENIX FEDERAL COURTHOUSE**:

Phoenix has demonstrated that the credibility that A Federal Courthouse should have does not exist. In fact when my cases are reviewed by Georgetown Law professor it is an embarrassment that the Phoenix Court acted so poorly. This matter should have concluded in 2015 when Edwards sold the house 2 times just to payoff PHH and they

SANCTION Experian

decided to break the law. Edwards was right the Judges in Phoenix were Wrong. Noblett and Sixkiller wants to destroy the reputation of Judge Bumb at any expense therefore it is proper to sanction these thieves accordingly!

### PHH DID NOT FOLLOW THE CONSENT JUDGMENT:

PHH woefully provided 1 paragraph of a 128 Page Consent Judgment to this court. PHH /Sixkiller purposely mis-lead the court into believing things that are untrue. Edwards has provided the Entire Consent Judgment for everybody's review all 128 Pages (See Exhibit included with this Motion) and delivered to this Courthouse. Clearly Noblett does not want you to see the entire contents of the Consent Agreements because PHH did not follow it. None of that document was followed. Arizona is one of only 4 states that has a Non-Judicial foreclosure process however this consent judgment prohibits PHH from a non judicial process. In fact what PHH omitted from this court Clearly demonstrates PHH guilt

### PHH, Lawyers SIXKILLER AND NOBLETT DO NOT REPRESENT THE ATTORNEY GENERALS OFFICE: THEY HAVE NO AUITHORITY

What in the world made these people believe that they speak for the Attorney Generals Office? THE audacity to present a conclusion to this court when they are now being investigated for non compliance. (See1: CV- 180009)

### LAWYERS WHO LIE SHOULD BE DISBARRED:

Sixkiller is a Repeat Offender and was charged with Lying on her Court pleadings to The Arizona Court of Appeals. She then had toleave Greenberg and Taurig. Sixkiller therafter joined DL Piper as a Partner with her monetary investment to join.

SANCTION Experian

James Noblett (See Email dated July 27th ) is trying to make this Court Look Stupid with his Motion that is riddled with inaccuracies. Therefore Judgment in favor of Edwards should be granted without any further delay.

**IRREPARABLE HARM**: Another Noblett Lie:

Rule 65 (c ) provides that if Edwards has security to protect the injunction that an injunction should be granted. In this Case the value of the home is worth way more than what is claimed is owed. Further PHH showed this Loan paid in Full in October 2016. Edwards has established irreparable harm.

1. Loss of Monthly Income $6400.00 to Edwards and Military Investors.

2. Edwards has over 65% equity of the house valued at $1,100,000.00

3. PHH claims in foreclosure that the amount owed is only $508,000.00

4. PHH previously stated incorrect balances on many occasions.

5. PHH never reached out to Edwards.

6. PHH showed that this Loan was Paid in Full in October 2016.

RULE 12(c) provides: A Rule 12(c) motion is "'functionally identical'" to a Rule 12(b)(6) motion to dismiss for failure to state a claim, and therefore the same legal standard applies. See Cafasso v. General Dynamics C4 Sys., Inc., 637 F.3d 1047, 1055 n. 4 (9th Cir. 2011).The Ninth Circuit Court of Appeals has held that, "A judgment on the pleadings is a decision on the merits and we review it de novo." General Conference Corp. of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church, 887 F.2d 228, 230 (9th Cir.1989), cert. denied, 493 U.S. 1079 (1990). See also Harris v. Cnty. of Orange 682 F. 3d 1126, 1131, (9th Cir. 2012)A motion for judgment on the pleadings is proper "when the moving party clearly establishes on the face of the

pleadings that no material issue of fact remains to be resolved and that it is entitled to judgment as a matter of law." Hal Roach Studios, Inc. v. Richard Feiner & Co., 896 F.2d 1542, 1550 (9th Cir.1990). "A judgment on the pleadings is properly granted when, taking all the allegations in the pleadings as true, a party is entitled to judgment as a matter of law." Lyon v. Chase Bank USA, N.A., 656 F.3d 877, 883 (9th Cir. 2011). (citations and quotations omitted.)

**DISCUSSION OF NO DEFENSES :** PHH HAS NO DEFENSES  Lied and misrepresented the facts to this court Therefore they are disqualified to participate any further in these proceedings. The Evidence Clearly shows that PHH failed to follow the consent judgment that clearly lays out the many steps before any foreclosure. Noblett and Sixkiller willingly and purposely suppressed that evidence from this court. No they do not have to disclose it they just have to follow it. PHH did not follow any of it. Both are guilty and have absolutely no defense for the false reporting's. Judgment is ripe for signature as there remains no issues of material facts that remain unless the court wishes to further sanction these culprits for professional violations of ethics and standards. Edwards should be granted a Judgment based on these pleadings as there is absolutely no defenses provided by any defendant.

Sixkiller and Noblett have committed Fraud upon this court and should be sanctioned respectfully $100,000.00 each for misleading this court for failing to abide by the oath of office expected of a licensed attorney sanctioned by the State of New Jersey. PHH should face a jury or judgment on the pleadings in the amount of $808,000.00 each for their failure to present any defenses.  Both have failed to answer to Edwards allegations of fraud. Edwards is a successful businessman whereas his trade line must reflect the truth, it does not. It is common for collectors to embellish the truth thinking people will pay to get their credit fixed. That's not the case here. Edwards has the full amount to pay PHH

SANCTION Experian

since 2014 and it was PHH decisions through their lawyer Laura Sixkiller to not take the Money. PHH refused Full pay from November 2014 to May 2015. It took 5 months to get my first payoff letter grossly inaccurate by over $100,000.00 This is not a clerical error folks this is fraud by PHH (See 1:-18-cv-00009) PHH has now admitted to their fraud so anything anybody states to this court cannot be trusted and all statements made by PHH Sixkiller and Noblett should be stricken from the records as all statements are not based on facts or law. This court must check the veracity of those statements as PHH has told many lies.  PHH should have judgment against them in favor of Edwards should be this court's only option at this stage! I like what the Federal Judge stated in the Paul Manafort criminal case "This is Not MIDDLE SCHOOL" This is Rookie Law 101 to have Experian and Equifax try to avoid service. This misstatement alone qualifies both defendants for trial.

**"Judges won't Rule because you're a Pro Per" James Noblett DL Piper** James Noblett Lawyer for PHH advised Edwards on June 20th 2018 that the judges will not rule in my favor because I am not an attorney and the Judge won't embarrass the lawyer she just won't do it". I don't believe mocking the court is an option for Noblett. Our Federal Court judges have no excuse for denying Edwards any further. Clearly Sixkiller and Noblett are attempting to pull the wool over the eyes of Judge Bumb..

### FACTUAL BACKGROUND 2014  Schwab and Edwards Terminated PHH

PHH has a history of Gross Misconduct that this court can no longer ignore. Edwards has been vindicated by PHH's own admissions of guilt. We now know Laura Sixkiller was charged with lying on her pleadings to The Arizona Court of Appeals and had

to leave her previous law firm Greenberg and Taurig and cannot return. Sixkiller has not denied these allegations. Sixkiller cannot deny these allegations of her previous history of misconduct. Any Legal professional who wishes to continue to follow in the footsteps of Sixkiller i.e. the fraudsters (PHH) then let them do so in a form of a judgment against them each for $100,000.00 each. Will it be a deterrent to their gross misconduct. PHH has proven their guilt beyond a reasonable doubt! PHH reported the loan in question as Paid in Full as of October 2016. Nobody has refuted those facts. Nobody can refute that Public Trade Line reported ***Paid in Full*** by Both Experian and Equifax. Both exhibits in full have been provided to these defendants' previously. It was Experian and Equifax that provided these reports to Edwards in October 2016, and again in February 2017.

**RULE 5 Argument:** Weak Ridiculous, Ludicrous *A distraction to this court.*

This alone shows that PHH Noblett has no defenses. A mailed copy was placed to Laura Sixkiller in Phoenix and Noblett gets e-mail copy and **instant** notification from the court of any new filings. Noblett also gets served by E-mail. Noblett's declaration is false! Sixkiller jut requested from The Attorney Generals office for an extension of time. Noblett by his false declaration fails to state that Sixkiller requested fro the Arizona Attorneys office an extension of time to reply to my complaint against PHH for non compliance of their consent judgment. This is another smoke screen by Noblett to this court which verifies sanctions are warranted. In my opinion these 2 scurrilous lawyers who have Lied over and over again should try a new profession other than the legal field.

SANCTION Experian

WHEREFORE: Edwards is entitled to JUDGMENT on these pleadings AGAINST EACH PHH MORTGAGE, LAURA SIXKILLER and LAMES NOBLETT as follows:

1.  Order to Deny PHH as a defendant.

2.  Judgment against PHH Mortgage in the amount of $808,000.00 or

3.  Injunction against PHH to prohibit any foreclosure process without an approved court order in advance and according to the consent judgment

4.  Declare the foreclosure of June 26th 2018 Invalid and return the deed to Edwards.

5.  Judgments against Sixkiller and Noblett in the Amount of $100,000.00 each for defrauding this court. Knowing about the consent judgment, willingly ignoring and purposely withholding this evidence.

6.  To refer these two lawyers for misconduct proceedings in their home district. Noblett Camden County, Sixkiller Arizona Bar.

**I Stephen S. Edwards declare that all statements made herein on this document is true and accurate and that the declaration made by James Noblett is riddled with inaccuracies**

RESPECTFULLY Submitted:

August 6th, 2018

Stephen S. Edwards
Stephen S. Edwards
Plaintiff

SANCTION Experian

# CERTIFICATE OF SERVICE

[X]    I hereby certify that, I am employed in the County of Maricopa, State of Arizona.  I am over the age of 18; my address is 16030 S. 36th Phoenix, AZ 85048

[X]    I hereby certify that on August 6, 2018  I will serve the attached

Document by to all defendants by EMAIL t
o:
James Noblett
James.Noblett@dlPiper.com
Laura.sixkiller@dlpiper.com

Dorothy Kowal Esq. (Experian)
Price, Mees, Shulman, & D'amintio
50 Tice Blvd Woodcliff, NJ 07677
#201-391-3737

Jonathon Klein, Esq (Equifax)
2005 Market St. #1000 Philadelphia, PA 19103
#215-640-8500

Dated: August 6, 2018

By /s/ Stephen S. Edwards
Stephen S. Edwards
Plaintiff


# EXHIBITS

1. CONSENT JUDGMENT DATED MAY 2018 ALL 120 PAGES
2. E-MAILS TO Noblett to remove his frivolous motion and stop mocking the Judge or making the court look stupid.

SANCTION Experian

1st Exhibit

-----Original Message-----
From: Stevo <Stevonaz@aol.com>
To: Noblett, James <James.Noblett@dlapiper.com>
Cc: Sixkiller, Laura <Laura.Sixkiller@dlapiper.com>; Benveniste, Kate <Kate.Benveniste@dlapiper.com>
Sent: Fri, Jul 27, 2018 1:27 pm
Subject: Re: PHH (DNJ)
James

You're trying to make the judge looks stupid ! You cannot say you're not involved any longer! You're crying about rule 5 when you receive instant notification from the court. Zero credibility. Poor baby ? ?

Sent from: Super Steve

On Jul 27, 2018, at 12:19 PM, Noblett, James <James.Noblett@dlapiper.com> wrote:

Steve –

I disagree with your characterization of our conversation.

The motion papers speak for themselves.   The Court will decide the issues in this case as it deems appropriate.

James

**From:** Stevo [mailto:Stevonaz@aol.com]
**Sent:** Friday, July 27, 2018 9:51 AM
**To:** Noblett, James
**Cc:** Sixkiller, Laura; Schlabach, Cole
**Subject:** Re: PHH (DNJ)

**[EXTERNAL MESSAGE]**

James,

I know you've said many times that everything is Laura Laura Laura she makes all the decisions however this time you've put your name on a declaration. You also made the statement that Judge Bumb will not rule in my favor because she will not embarrass the legal industry going against lawyers " she just won't do it " you also know that all my calls with you are preserved " Steve I know you're recording me "

I've had no hostility from you thus far. I want to give you an opportunity to remove your motion by the end of business today. If you have any questions or you disagree with any of my statements on this email I look forward to your reply before end of business today Est.

Sent from: Super Steve

On Jul 24, 2018, at 11:12 AM, Noblett, James <James.Noblett@dlapiper.com> wrote:

Attached are the papers we filed in opposition to your three motions.

2nd Exhibit

2nd Exhibit

-----Original Message-----
From: Stevo <Stevonaz@aol.com>
To: Laura Sixkiller <Laura.Sixkiller@dlapiper.com>; James.Noblett <James.Noblett@dlapiper.com>;
Cole.Schlabach <Cole.Schlabach@dlapiper.com>
Cc: sedware <sedware@aol.com>
Sent: Tue, Jul 24, 2018 6:56 am
Subject: Slander of title

Laura

Re: noncompliance

Your days of Denials are over, have you rescinded the sale it was never an option of PHH. That would be there most cost-effective solution at this point nevertheless the Arizona State Court is now compelled, further an obligation to void your sale! There are at least 15 attorney generals who are familiar with my matters I am certain that list will grow. ?□˙ ⅃ℐ James told me the judge bumb will not rule in my favor so she does not embarrass the lawyers in this case she will also be compelled to follow the law!

I am in the strongest position since 2013 legally I am now standing by to have you confirm that you have revoked the sale of my house? I anticipate for the first time your client PHH will now comply with the law?

1765 N. lemon Mesa AZ 85205.