Stephen S. Edwards, VICTIM
16030 S. 36th Street
Phoenix, AZ 85048
(602) 757-2110
StevoNAz@aol.com



# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

## CAMDEN VICINAGE

| | |
|---|---|
| STEPHEN S. EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION; Experian Information Solutions, Equifax Information Services, et al. DOES 1 through 20, inclusive;<br><br>    Defendants. | CASE NO. 1:17-cv-07807-RWB<br><br>Judge Renee Bumb<br><br>SUPPLEMENTAL BRIEF IN SUPPORT of JUDGMENT<br><br>Against PHH MORTGAGE, Sixkiller and Noblett<br><br>Phoenix Judge John J. Tucci Reassigned<br><br>**Handicapped ** |

Stephen S. Edwards, PLAINTIFF (EDWARDS) reasserts all his claims in his motions dated August 6, 2018 and August 10th & 13th 2018 to include punitive damages for the outrageous behavior of PHH Mortgage! PHH had no legal rights to my home! Two reasons for this supplemental brief. First Phoenix Judge John J. Tucci was reassigned by Chief Justice Raner C. Collins See 2:18-cv-01934-RCC. Judge Tucci was removed before the appeal notice was filed. Edwards had no knowledge at the time that Chief Justice

reassigned this matter. Judge Collins is located in Tucson and I appreciate what I hope will be his intervention to protect my constitutional rights. This is why Edwards filed this law suit in New Jersey. Phoenix Federal Court has no credibility and Cannot be trusted. Judge Tucci is responsible for 2 PHH cases 2:16-cv-02640-JJT & 2:16-cv-01842-JJT both now under appeal with the 9th Circuit to correct the Historical record. (See Exhibit Motion dated October 12, 2018) Time for PHH to be sanctioned, .

The 2nd reason is Sixkiller and Noblett have not denied past allegations of Sixkiller's improprieties because they can't! Edwards has good standing relations with Greenberg Taurig since 2008 before Sixkiller existed. Although Sixkiller did not get sanctioned by The Arizona Bar she cannot return to Greenberg and Taurig where she lied in Court documents as she lied on my pleadings to the courts. Ms Sixkiller Lied on my Payoff letter dated June 15th for $601,000.00 which was frivolous! All when she was with Greenberg and Taurig. Now Ms Sixkiller has taken her show on the Road to DL Piper and should face the highest sanction by this court to deter her behavior. Sixkiller should not be a lawyer any lawyer who lies should not be in any Court period! The Arizona Bar Failed in prosecuting Ms Sixkiller the first time. These are not patriotic Americans.

Wherefore Edwards reaffirms his request for remedies as listed below:

    1. Judgment in The Amount of $808,000.00 Rule 12 (c) Motion

    2. Revoke the Invalid Foreclosure Sale Dated June 26, 2018. Rule 65 Injunction

    3.  Rule 9.1.A Compensatory Damages in the Amount of $480,000.00

    4.  Rule 9.1.B Punitive Damages in the Amount of $1,100,000.00

Judgment Against PHH Mortgage

5. That Edwards Trade Line remain Paid in Full According to Public Trade Line dated January 2017 (See Exhibits) Both Experian and Equifax reported this Loan Paid in Full.

6. That Sixkiller be disbarred and sanctioned $100,000.00 for her fraud upon this court.

7. That Mr Noblett be sanctioned in the amount up to $100,000.00. for misguiding this court.

8. That distress damages be awarded under Section 1983, *Hafer v. Melo*, 502 U.S. 21, 31 (1991), the Americans with Disabilities Act, 42 U.S.C. § 12117(a), and the Fair Housing Act. *Hamilton v. Svatik*, 779 F.2d 383 (7th Cir. 1985); *Marable v. Walker*, 704 F.2d 1219 (11th Cir. 1983).. .

(A) This Court has jurisdiction of the subject matter of this case, and there is good cause to believe it will have jurisdiction over all parties.

(B) The evidence set forth also demonstrates that Edwards is likely to prevail on its claim that Defendants have engaged in acts or practices that have violated the Consent judgment.

(C) Evidence will show that PHH Sixkiller and Noblett will likely repeat these same acts of disobedience to harm people if not stopped

RESPECTFULLY Submitted:

October 29, 2018

                                 Stephen S. Edwards
                                 Stephen S. Edwards
                                 Plaintiff

Judgment Against PHH Mortgage

**CERTIFICATE OF SERVICE**

[X]    I hereby certify that, I am employed in the County of Maricopa, State of Arizona.  I am over the age of 18; my address is 16030 S. 36th Phoenix, AZ 85048

[X]    I hereby certify that on October 29, 2018  I will serve the attached

Document by to all defendants by EMAIL to:
James.Noblett@dlPiper.com
Laura.sixkiller@dlpiper.com
Kate.Benveniste@dlapiper.com

Dorothy Kowal Esq. (Experian)
Price, Mees, Shulman, & D'amintio
50 Tice Blvd Woodcliff, NJ 07677
#201-391-3737

Jonathon Klein, Esq (Equifax)
2005 Market St. #1000 Philadelphia, PA 19103
#215-640-8500

Dated: October 29, 2018                     By /s/ Stephen S. Edwards

_____
Stephen S. Edwards
Plaintiff

Judgment Against PHH Mortgage

# EXHIBITS

1. October 12, 2018 Court Order to Reassign by Chief Judge Raner C. Collins
2. Trade Line (Credit Reports) from both Experian and Equifax showing PHH Mortgage Reporting The Same Loan Paid in Full. January 2017
3. Edwards Notice of Appeal for case 2:18-cv-01934

4. October 29. 2018 email

Judgment Against PHH Mortgage

**From:** stevonaz <stevonaz@aol.com>
**To:** courthouselegal <courthouselegal@aol.com>
**Subject:** main doc
**Date:** Mon, Oct 29, 2018 12:44 pm
**Attachments:** PHHNJSUPLEMENTTOJUDGMENT10-2018.doc (78K)

Stephen S. Edwards
16030 S. 36th Street
Phoenix, AZ 8504805
(602) 757-2110
Plaintiff In Pro Se
Sedware@aol.com

**UNITED STATES COURT OF APPEALS**

**FOR THE 9TH CIRCUIT**

| | |
|---|---|
| STEPHEN S. EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>PHH MORTGAGE CORPORATION ET AL., DOES 1 through 20, inclusive;<br>Defendants. | MOTION RULE 42 To Consolidate<br><br>CASE #'s<br><br>18-16626<br>18-16624<br>18-16645<br>18-16625<br>18-16639 |
| | OPOSITION TO VOLUNTARY DISMISS and RESPONSE To Order's of this Court |
| | ***HANDICAPPED*****<br><br>(EMERGENCY ORAL ARGUMENT REQUESTED) |

Stephen S. Edwards, ("EDWARDS") respectfully opposes the courts request to voluntary dismiss because the Historical Record is flawed and must be corrected! The Good Name of Stephen S. Edwards Must be historically preserved. Further Edwards moves this Court to Consolidate the 5 cases listed as all defendants are PHH Mortgage and their associates and all issues are similar. Rule 42(a) permits a district court to consolidate separate actions when they involve "a common question of law or fact." Fed.R.Civ.P. 42(a). Even if there are some questions that are not

1

**Rule 42 to Consolidate**

common, consolidation is not precluded. Batazzi v. Petroleum Helicopters, Inc., 664 F.2d 49, 50 (5th Cir. 1981); See Central Motor Co. v. United States, 583 F.2d 470 (10th Cir. 1978).

RULE 42 (A-1,2,3) Consolidation. If actions before the court involve a common question of law or fact, the court may:

(1) join for hearing or trial any or all matters at issue in the actions;

(2) consolidate the actions; or

(3) issue any other orders to avoid unnecessary cost or delay

I am certain this Court will agree and appreciate that in all 5 cases all issues are similar details vary case to case therefore consolidation makes sense.

The lower court had 5 chances to get it right and did not. PHH Mortgage has admitted to all allegations placed by Edwards and the record must reflect the Truth The Whole Truth and Nothing But the Truth So Help Us God" (See 1:18-cv-00009) we submit as citizens of these United States. It is a danger to not only our society but the world that we would be so hypocritically that a court would help destroy one of its own citizens over PHH and a known liar Phh Lawyer (Laura Sixkiller) who lied to the court. A Corrupt Corporation PHH got busted and time for them to pay Edwards. The merits were ignored by the lower court, PHH on their own has admitted to all of Edwards allegations over a 5 year period from 2013 and with all 5 cases listed above, therefore the historical record must be accurate and clear Edwards good name. Edwards should not have to have his children one day look up and question what these humans are thinking acting this way against Stephen S. Edwards which is contrary to the laws of our land therefore and for the reasons stated that these cases all be reopened and litigated to it's proper conclusion as afforded under The Constitution not just the 7th Amendment exclusively!

2

**Rule 42 to Consolidate**

A court has broad discretion in determining whether consolidation is practical. Atlantic States Legal Foundation Inc. v. Koch Refining Co., 681 F. Supp 609, 615 (D. Minn. 1988). In exercising this discretion, a court should weigh the time and effort consolidation would save with any inconvenience or delay it would cause. Hendrix v. Raybestos-Manhattan, Inc., 776 F.2d 1492, 1495 (11th Cir. 1985); Huene v. United States, 743 F.2d 703, 704 (9th Cir. 1984). See also Kramer v. Boeing Co., 134 F.R.D. 256 (D. Minn. 1991).

**ISSUES are similar**; Each time the lower court granted PHH a dismissal there was No Discovery No Electronic Filing, No Electronic Notices. This was ridiculously UNFAIR to a HANDDICAPPED… I have Nerve Damage and have daily pain! PHH took advantage of these rulings to further their crimes. PHH reported publically that Edwards PAID this Loan in Full as of January 2017 (Experian and Equifax) The arrogance the audacity! PHH must be monitored! Edwards is also requesting to remove Charles Schwab as a defendant in all further matters as PHH and Magnus Title should stand on their own merits. Charles Schwab terminated their relations with PHH the same time Edward did so in 2014. Magnus titles omitted crucial evidence in their public reports costing Edwards a higher inflated interest rate. Magnus Title and has yet to held responsible for their gross misconduct. .

Wherefore Edwards is entitled to:

1. His Claims on Appeals to be uninterrupted based on the Merits

2. That this Court recognizes Edwards Disability (Handicapped) from a Drunk Driver in Michigan. The American With Disabilities Act

3. That this Court provide access to  E-Filing and anytime requested any other available accommodations including E-mail or fax numbers without any further Duress!

4. That this Court REMOVES Charles Schwab as a Defendant.

3

**Rule 42 to Consolidate**

5.  That the listed cases 18-16626, 18-16624, 18-16645, 18-16625 18-16639 be consolidated.

October 12, 2018                    Respectfully submitted by,

                                        _Stephen s. Edwards_
                                        Stephen S. Edwards
                                        Plaintiff

## CERTIFICATE OF SERVICE

[X]    I hereby certify that, I am employed in the County of Maricopa, State of Arizona.  I am over the age of 18; my business address is 16030 S. 36th Street Phoenix, AZ 85048

[X]    I hereby certify that on October 12, 2018, I will serve the attached document described as :

[X]    I hereby certify that on October 12, 2018, I will serve the attached document by U.S. first class mail and email the following: DL Piper , Magnus Title,

Laura Sixkiller, Esq.
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016

Dated: October 12, 2018

                                        By: /s/ Stephen S. Edwards
                                        Stephen S. Edwards
                                        Plaintiff

4

**Rule 42 to Consolidate**



We use WHISTLEBLOWER PRACTICE on our website. If you continue without changing your settings, we'll assume that you are happy to receive all cookies from this website. If you would like to change your preferences you may do so by following the instructions here (http://www.aboutcookies.org/Default.aspx?page=1)

Close

(https://constantinecannon.com/whistleblower/)

*January 5, 2018*

# $45 Million Multi-State Settlement With PHH Mortgage Corporation

**By the C|C Whistleblower Lawyer Team
(http://constantinecannon.com/whistleblower/about-us/#ourteam)**

Forty-nine states and the District of Columbia reached a $45 million settlement with New Jersey-based mortgage lender and servicer PHH Mortgage Corporation. The settlement resolves allegations that PHH, the nation's ninth largest non-bank residential mortgage servicer, improperly serviced mortgage loans from January 1, 2009 through December 31, 2012. The settlement does not release PHH from liability for conduct that occurred beginning in 2013. The agreement also requires PHH to



adhere to comprehensive mortgage servicing standards, conduct audits, and provide audit results to a committee of states.

"The foreclosure crisis continues to devastate communities across New York. We have zero tolerance for the types of practices that helped create the crisis – and will hold mortgage companies to account," said New York Attorney General Schneiderman. "This settlement requires new mortgage servicing standards and ensures financial relief for homeowners harmed by PHH's practices."

In a statement, PHH said that it agreed to the settlement in order to move beyond "legacy" issues, but notes that it did not admit liability. "We have agreed to resolve concerns raised by the MMC arising from its servicing examination

# PHH reaches nationwide settlement over crisis-era mortgage servicing

**PHH will pay $45 million in settlement with 49 states**

Ben Lane
January 3, 2018

**PHH Corp.** will pay $45 million as part of a nationwide settlement over mortgage servicing and foreclosure issues during the housing crisis, a group of nearly every state attorney general announced Wednesday.

The settlement requires PHH to adopt new servicing standards and provide monetary relief to affected borrowers, though the company counters it already currently uses said standards.

The settlement covers the company's mortgage servicing practices, including foreclosure activities, between Jan. 1, 2009 and Dec. 31, 2012.

The settlement is between PHH and the Multi-State Mortgage Committee, including more than 45 state mortgage regulators, along with 49 state attorneys general, and the District of Columbia.

Every state took part in the settlement, with the exception of New Hampshire. It is unknown at this time why New Hampshire is not a party in the settlement. HousingWire contacted the New Hampshire Attorney General, and this article will be updated should the AG respond.

According to the complaint filed by the state attorneys general, PHH "threatened foreclosure and conveyed conflicting messages to certain borrowers engaged in loss mitigation."

Per the office of Florida Attorney General Pam Bondi, PHH also allegedly charged unauthorized fees for default-related services.

According to Bondi's office, the state AGs complaint alleged that PHH failed to:

- Maintain adequate documentation to determine whether PHH had standing to foreclose

- Appropriately respond to certain borrowers' complaints and reasonable requests for information and assistance

- Timely and accurately apply payments made by certain borrowers

- Properly oversee third party vendors retained for servicing and foreclosure operations

- Preserve accurate account statements

- Adequately process borrowers' applications for loan modifications

As part of the settlement, PHH will pay more than $30 million to borrowers who lost their homes to foreclosure or were referred for foreclosure during the time period in question.



MIME-Version:1.0 From:azddb_responses@azd.uscourts.gov To:azddb_nefs@localhost.localdomain Bcc: Message-Id:<18267227@azd.uscourts.gov>Subject:Activity in Case 2:18-cv-01934-RCC Edwards v. Lakewood Community Association Minute Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### DISTRICT OF ARIZONA

**Notice of Electronic Filing**
The following transaction was entered on 10/12/2018 at 3:47 PM MST and filed on 10/12/2018

| | |
|---|---|
| **Case Name:** | Edwards v. Lakewood Community Association |
| **Case Number:** | 2:18-cv-01934-RCC |
| **Filer:** | |
| **Document Number:** | 25(No document attached) |

**Docket Text:**
**MINUTE ORDER: This case is reassigned to Judge Raner C. Collins. All future filings shall reflect the following case number: CV-18-1934-PHX-RCC. All deadlines and hearings are AFFIRMED unless reset by separate order. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (CLB)**

**2:18-cv-01934-RCC Notice has been electronically mailed to:**
Michael Reddick Perry     mrperry@pchhlaw.com, hpermison@pchhlaw.com
**2:18-cv-01934-RCC Notice will be sent by other means to those listed below if they are affected by this filing:**
Stephen S Edwards
16030 S 36th St.
Phoenix, AZ 85048

**STEPHEN S. EDWARDS**
16030 S 36th St,
Phoenix, AZ 85048
Telephone: (602) 757-2110
StevoNaz@aol.com
**PLAINTIFF**

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 1 7 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STEPHEN S. EDWARDS, an adult individual,<br><br>Plaintiff,<br>vs.<br><br>THE LAKEWOOD COMMUITY.,<br>MARICOPA COUNTY SUPERIOR COURT<br><br>Defendants | CV-18-1934-PHX-RCC *by bla*<br><br>Case 2:18-cv-01934-JJT<br><br>JOHN TUCCI<br><br>**NOTICE OF APPEAL**<br><br>Document 24 |

### \*\*\*HANDICAPPED\*\*\*

Plaintiff Stephen S. Edwards Respectfully Submits His Opposition to (Doc 24) because John Tucci is Frivolous! The Audacity to Question my Disability is slanderous and outrageous conduct. Let's get the Doctors involved and challenge the veracity of John Tucci's statements, to include that Tucci said he was randomly selected to be my judge for the 4th time (BS), the actual odds are 2,000,000 to 1. John Tucci has lost all credibility and should recuse himself or be recused based on Truth and Due process violations. John Tucci is the Judge , and apparently the lawyer for Maricopa County Superior Court and I presume the Jury as well! Hence please allow this document to be accepted as my Notice to The 9th Circuit that we have a problem in Phoenix a dangerous cancer that must be exterminated! Comments about the filing fees disrespectful. Hence this Notice of Appeal!

RESPECTFULLY SUBMITTED this October 15th , 2018

By:___ Stephen Edwards _____
        Stephen S. Edwards
        Plaintiff

APPEAL
NOTICE

**From:** "Stutman, Erica" <estutman@swlaw.com>
**Date:** October 29, 2018 at 10:06:15 AM MST
**To:** "StevoNaz@aol.com" <StevoNaz@aol.com>
**Subject: Edwards v. Sixkiller, et al, CV 2018-009743 - Request for Extension**

Good morning Mr. Edwards,

This law firm represents defendant Laura Sixkiller in this lawsuit.  Her deadline to respond to the complaint is on Wednesday, October 31.  I understand the other defendants, PHH Mortgage Corp. and Clear Recon, also have deadlines this week to respond to the complaint.

Are you agreeable to an extension for all of the defendants to file their responses to the complaint until Friday, November 16?

Thank you,

Erica J. Stutman

Snell & Wilmer, L.L.P.

One Arizona Center

Phoenix, AZ  85004-2202

Office: 602-382-6230

Fax: 602-382-6070

estutman@swlaw.com   www.swlaw.com